## NATIONAL LABOR RELATIONS BOARD, Petitioner,

v.

## TWIN CITIES ELECTRIC; Big G Electric & Engineering, Inc., Respondents.

### No. 89–70489.

United States Court of Appeals, Ninth Circuit.

Submitted to Motions Panel June 25, 1990.

Decided July 2, 1990.

Before CANBY, WIGGINS and TROTT, Circuit Judges.

### ORDER

The court is informed that respondent Twin Cities Electric has petitioned for relief under Chapter 7 of the Bankruptcy Code. Twin Cities Electric asserts that continuation of this enforcement action is automatically stayed as to it pursuant to 11 U.S.C. § 362(a). However, the filing of a bankruptcy petition does not bar or stay an enforcement proceeding instituted by the National Labor Relations Board. *See* 11 U.S.C. § 362(b)(4), (5) (West 1979); *NLRB v. Evans Plumbing Co.*, 639 F.2d 291, 293 (5th Cir.1981). Accordingly, this appeal is ready for calendaring.